CUYAHOGA COUNTY BAR ASSOCIATION *v.* SANTARELLI.

[Cite as *Cuyahoga Cty. Bar Assn. v. Santarelli*
(1997), 79 Ohio St.3d 390.]

(No. 97–875—Submitted June 11, 1997—Decided September 24, 1997.)

*Howard A. Schulman, Frank R. DeSantis* and *Robert J. Vecchio,* for relator.
*Gregory A. Santarelli, pro se.*

*Per Curiam.* Having review the record in this case, we adopt the findings, conclusions, and recommendation of the board. Respondent is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.